JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KORI and JEREME KRAMER, Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MICROBILT CORPORATION, et al.,<br><br>Defendants. | Case No.<br>EDCV 5:19-cv-1021 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgment filed by MicroBilt Corporation is GRANTED as to all of Plaintiffs' claims.

Dated: December 9, 2020

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge